Reset Form

CAND Pay.gov Application for Refund (rev. 3/16)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**: In the fields in this section, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.

| | |
|---|---|
| **Your Name:** Beth A. Ross | **Your Phone Number:** (510) 272-0169 |
| **Your Email Address:** bross@leonardcarder.com | **Full Case Number (if applicable):** 3:16-cv-01228 |
| **Pay.gov Tracking ID Number:** 25QEO9C7 | **Fee Type:** ☐ Attorney Admission  ☒ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| **Agency Tracking ID Number:** 0971- 10284226 | |
| **Transaction Date:** 03/11/2016 | |
| **Transaction Time:** 3:03 pm | |
| **Transaction Amount (Amount to be refunded):** $ 400.00 | |
| **Reason for Refund Request:** Civil Case number 3:16-cv-01228 was cancelled be the web page, therefore, I did not receive payment confirmation. Since the case was not confirmed as opened, I re-did the transaction and the new civil case number is 3:16-cv-01231. | |

*Efile* this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND. View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| **Refund Request:** ☐ Approved  ☐ Denied  ☐ Denied - Resubmit Amended Application (see Reason for Denial) | |
| Approval/Denial Date: | Request Approved/Denied By: |
| Pay.gov Refund Tracking ID Refunded: | |
| Agency Refund Tracking ID Number: | |
| Date Refund Processed: | Refund Processed By: |
| Reason for Denial (if applicable): | |
| Referred for OSC Date (if applicable): | |